**DISMISS; and Opinion Filed November 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01137-CR

**ANGELA MARIE DODD, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82226-2015**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Fillmore, and Justice Brown
Opinion by Justice Brown

Angela Marie Dodd was convicted of unauthorized use of a vehicle and sentenced to two years in state jail, probated for four years. She then appealed her conviction to this Court. Because the record did not reflect a timely notice of appeal, we directed appellant and the State to file letter briefs regarding our jurisdiction over the appeal. To date, neither has responded.

The record reflects the trial court's judgment was entered August 10, 2016. No motion for new trial was filed; therefore, appellant's notice of appeal was due September 9, 2016. *See* TEX. R. APP. P. 26.2(a)(1). Appellant filed her notice of appeal in the trial court on September 20, 2016, after the thirty-day period contemplated by rule 26.2(a)(1) but within the fifteen-day "grace period" provided by rule 26.3. *See* TEX. R. APP. P. 26.3. However, appellant did not file a motion to extend time to file the notice of appeal in this Court; rather, she filed her motion in the trial court. *See* TEX. R. APP. P. 26.3(b). If a notice of appeal is filed within the fifteen-day

period provided by rule 26.3 but an extension motion is not filed with this Court, we lack jurisdiction to "dispose of the purported appeal in any manner other than by dismissing it for lack of jurisdiction." *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996); *Boyd v. State*, 971 S.W.2d 603, 605 (Tex. App. —Dallas 1998, no pet.). Because appellant failed to file her extension motion with this Court, we must dismiss this appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

161137F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANGELA MARIE DODD, Appellant

No. 05-16-01137-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-82226-2015.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for lack of jurisdiction.

Judgment entered this 7th day of November, 2016.